**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **1) TULSA REMOTE, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **2) PLANNLY, INC.,** | ) | |
| **3) EARL HARRIS, and** | ) | |
| **4) ALISHA HARRIS,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## NOTICE OF REMOVAL

**COME NOW** Defendants, Plannly, Inc., Earl Harris and Alisha Harris ("Defendants"), by and through their undersigned counsel and hereby remove this action from the District Court of Tulsa County, Oklahoma, to the United States District Court for the Northern District of District of Oklahoma pursuant to 28 U.S.C. §§ 1332(a)(1), 1367, 1441, and 1446. In support thereof, Defendants state as follows:

### PROCEDURAL INTRODUCTION

1. On May 2, 2024, Plaintiff, Tulsa Remote, LLC, filed a Petition in the District Court of Tulsa County, Oklahoma, entitled *Tulsa Remote, LLC, v Plannly, Inc.*, Case No. CJ-2024-1623 (the "State Court Action").

2. On May 28, 2024, Plaintiff filed a *First Amended Petition* adding Earl Harris and Alisha Harris as Defendants to the State Court Action.

3. Plaintiff filed proof of service of both the Petition and the First Amended Petition on Plannly, Inc.

4. On July 24, 2024, Plaintiff filed a *Verified Motion for Leave to Serve Defendants by Publication* in the State Court Action.

5. On July 25, 2024, the Judge in the State Court Action issued a Minute Order granting Plaintiff's *Verified Motion for Leave to Serve Defendants by Publication.*

6. On July 26, 2024, the Court Clerk of the District Court of Tulsa County, Oklahoma issued and filed *Notice of Publication* to notify Defendants of the State Court Action for purposes of service by publication.

7. On August 20, 2024, Plaintiff filed a *Proof of Publication* in the State Court Action.

8. Attached to the *Proof of Publication* is an Affidavit of Publication by Susan Biggs, the Office Manager of the Tulsa Beacon, a weekly newspaper published in Tulsa, Oklahoma.

9. The Affidavit of Publication provides that the *Notice of Publication* issued by the Court Clerk of the District Court of Tulsa County, Oklahoma was published in the Tulsa Beacon newspaper on August 1, 2024, August 8, 2024 and August 15, 2024.

10. Pursuant to Oklahoma Statutes, service by publication is complete "when made in the manner and for the time prescribed" in Okla. Stat. tit. 12, § 2004 3. c. which mandates "publication of a notice, signed by the court clerk, one (1) day a week for three (3) consecutive weeks in a newspaper authorized by law to publish legal notices which is published in the county where the petition is filed." Okla. Stat. tit. 12, §§ 2004 3. c. and 2004 3. d.

11. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) having been filed within 30 days after Plaintiff completed the process of service by publication on the last date of publication of the *Notice of Publication*, August 15, 2024.

12. Pursuant to 28 U.S.C. § 1441(a), venue is proper in the United States District Court for the Western District of Oklahoma because this judicial district includes Tulsa County, Oklahoma, where the State Court Action was filed.

**GROUNDS FOR REMOVAL**

13. This Court has original jurisdiction over all claims asserted by Plaintiff under 28 U.S.C. § 1332(a)(1). With respect to Plaintiff and all Defendants, there is complete diversity of citizenship and the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

**Citizenship of the Parties**

14. Plaintiff is an Oklahoma limited liability company with all members domiciled within the State of Oklahoma.

15. Defendant Plannly, Inc. was originally formed under the laws of the State of Arizona as a limited liability company, Plannly LLC. Subsequently, on April 28, 2022, Plannly LLC converted to corporation under laws of the State of Delaware, Plannly, Inc. (See Declaration of Earl Harris attached as Exhibit "1" and Delaware Secretary of State Entity Details attached as Exhibit "2.")

16. Plannly, Inc., formerly known as Plannly, LLC, continuously has maintained its principal place of business in Phoenix, Maricopa County Arizona since the original formation of Plannly LLC.

17. Defendant Earl Harris resides in Surprise, Maricopa County Arizona. (See Exhibit "1.")

18. Defendant Alisha Harris resides in Surprise, Maricopa County Arizona. (See Exhibit "1.")

**Amount in Controversy**

19. Plaintiff alleges in the *Petition* and in the *First Amended Petition* to have incurred damages "in no event less than $75,000." Further, allegations in the *First Amended Petition* and as set forth in the *Notice of Publication,* Plaintiff alleges damages in an amount in excess of $428,000.00.

20. In alleging the amount in controversy, Defendants in no way concede the allegations of the *First Amended Petition* are accurate, that Plaintiff is entitled to any relief requested or the Plaintiff has asserted claims upon which relief may be granted.

**Consent of All Defendants to Removal**

21. In accordance with 28 U.S.C. § 1446, all Defendants in this action, consent to the removal of this action.

**COMPLIANCE WITH 28 U.S.C. § 1446 & LCvR 81-2**

22. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, and orders filed in the State Court Action are attached hereto as Exhibits "3" through "13."

23. Pursuant to LCvR81-2, a true and correct copy of the docket sheet for the State Court Action is attached hereto as Exhibit "14."

24. Pursuant to 28 U.S.C. § 1446 (d), Defendants will promptly give written notice of the filing of this Notice of Removal to all adverse parties and will file a copy hereof with the clerk of the Court Clerk of the District Court of Tulsa County, Oklahoma.

**WHEREFORE**, Defendants, Plannly, Inc., Earl Harris and Alisah Harris, by and through their undersigned counsel, hereby remove the above-styled case now pending in the District Court of Tulsa County, Oklahoma, to the United States District Court for the Northern District of Oklahoma.

**JONES, GOTCHER & BOGAN, P.C.**

By: s/ C. Michael Copeland
C. Michael Copeland, Esq. OBA #13261
3800 First Place Tower
15 East Fifth Street
Tulsa, Oklahoma 74103-4309
(918) 581-8200
(918) 583-1189 *facsimile*
mcopeland@jgbok.com
**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jared Burden, Esq.

s/ C. Michael Copeland